IN THE CIRCUIT COURT OF LEE COUNTY, ARKANSAS
CIVIL DIVISION

KELLIE ANTHONY                                                             PLAINTIFF

VS.                          No. 39CV-22- 43

ANDRE DANIELLE KINGSTON AND
BORCULO GARAGE, INC.                                                   DEFENDANTS

FILED
AT 9:30 O'CLOCK A
MAY 11 2022
DIANE BOWMAN
LEE COUNTY CIRCUIT CLERK
MARIANNA, ARKANSAS

## COMPLAINT

Comes now the Plaintiff, Kellie Anthony, by and through her attorneys, the Etoch Law Firm, and for her Complaint against Andre Danielle Kingston and Borculo Garage, Inc. (hereinafter referred to individually as "Kingston" and "Borculo" or collectively as "Defendants"), states:

1. Kellie Anthony is now and has always relevant hereto been a resident and citizen of Lee County, Arkansas.

2. Andre Danielle Kingston is now and has always relevant hereto been a resident and citizen of St. Clair, County, Michigan.

3. Borculo Garage, Inc., is a business engaged in the transportation of goods with its principal place of business in Michigan, which is authorized to do business in Arkansas, and which does do business in Arkansas.

4. The events complained of herein occurred in St. Francis County, Arkansas.

5. Jurisdiction and venue are proper in this Court pursuant to Ark. Code Ann. §16-60-112 et seq.

6. On or about the 15th day of October 2021, Kellie Anthony was a passenger in a vehicle owned and operated by Talan McNair. Said vehicle was traveling southbound on State Highway 1 approaching the intersection of Highway 1 and County Road 206. As the vehicle Plaintiff was a passenger in began to make a right-hand turn onto County Road 206, Andre Danielle Kingston,

1

who was operating a large commercial tractor trailer and who was also traveling southbound on Highway 1 carelessly, negligently, improperly, without warning, and at a high rate of speed swerved right onto the shoulder of the highway and struck the vehicle on the right passenger side where Plaintiff was sitting. At all times, Talan McNair, with Plaintiff as his passenger, was driving in a reasonable and prudent fashion. Plaintiff did not in any way contribute to the cause of the accident.

7. At all times relevant to this action, Andre Danielle Kingston was acting as an agent and employee and in furtherance of a contract between said Kingston and her employer, Borculo Garage, Inc., and for the benefit of said employer, and as such, Borculo is also liable, jointly and severally, for the negligent acts and conduct of said Andre Kingston, its driver, under theories of agency and respondeat superior.

8. Andre Danielle Kingston was guilty of negligence which was the proximate cause of the above-described automobile collision. The negligent acts of Kingston, which are imputed to Borculo, consisted of, but are not limited to, the following:

    (a)    Failing to keep a proper lookout for other vehicles;
    (b)    Failing to keep the large commercial tractor trailer she was driving under proper control;
    (c)    Failing to yield the right of way to superior traffic;
    (d)    Driving at a speed that was not reasonable and prudent under the circumstances;
    (e)    Driving in a careless and prohibited manner in violation of A.C.A. §27-51-104;
    (f)    Improperly changing lanes on the shoulder of the highway when it was not safe to do so; and
    (g)    Otherwise failing to act as an ordinary, common, prudent person would have under the same or similar circumstances.

9. As a proximate result of the negligence of Kingston and Borculo, Plaintiff sustained severe and permanent injuries to her head, neck, back, shoulders, arms, thighs, hand, and legs, as well as a shock to her entire nervous systems. Plaintiff's injuries to her finger and hand have

required surgical intervention and will never be the same. As a proximate result of said injuries, Plaintiff has sustained a loss of earnings and a loss of earning capacity, disfigurement, has undergone excruciating pain and suffering and mental anguish in the past and will continue to undergo such pain and suffering and mental anguish in the future, has incurred medical expenses in the past and will continue to incur such expenses in the future.

10. Plaintiff demands a trial by jury on all issues.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Kellie Anthony, prays for judgment jointly and severally against the Defendants, Andre Danielle Kingston and Borculo Garage, Inc., for the following:

a) For the medicals and special expenses incurred by Plaintiff as of this date, together with 6% interest until the time of trial;

b) For an amount undetermined at this time, but to be determined at trial, said amount being in excess of the minimum amount required for diversity of jurisdiction in federal court for Plaintiff's injuries to her head, neck, back, shoulders, arms, thighs, hand, finger, and legs, as well as a shock to her entire nervous systems; said amount including her loss of earnings; her loss of earning capacity, her disfigurement, her excruciating pain and suffering and mental anguish experienced in the past and that which Plaintiff will undergo in the future and for her continuing medical expenses, which will be incurred in the future;

c) For Plaintiff's costs, a reasonable attorneys' fee, and all proper relief this Court may find Plaintiff entitled in these premises.

Respectfully submitted,
ETOCH LAW FIRM

By: _____
Louis A. Etoch (89030)
727 Cherry Street
Helena, AR 72342
(870) 338-3591
(870) 338-7201 Fax
louis@etochlaw.com