IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KELLIE ANTHONY**                                                                                       **PLAINTIFF**

VS.                                       No. 2:22-cv-00120- BRW

**ANDRE DANIELLE KINGSTON AND**
**BORCULO GARAGE, INC.**                                                           **DEFENDANTS**

JOINT MOTION FOR SETTLEMENT CONFERENCE

Come the Plaintiff, Kellie Anthony, by and through her attorneys, the Etoch Law Firm, and the Defendants, Andre Danielle Kingston and Borculo Garage, Inc., by and through their attorneys, Wright, Lindsey and Jennings, LLP, and for their Joint Motion, state:

1. Plaintiff Kellie Anthony and Defendants Andre Danielle Kingston and Borculo Garage, Inc, have conferred and believe it would be best served for this case to be scheduled for a settlement conference conducted by a magistrate.

2. Therefore, the parties request that this case be referred to a magistrate for the specific purpose of a settlement conference.

Dated:  February 6, 2023.

                                                          LOUIS A. ETOCH (89030)
                                                          Etoch Law Firm
                                                          P.O. Box 100
                                                          727 Cherry St.
                                                          Helena, AR  72342
                                                          (870) 338-3591
                                                          Fax: 870-338-7201
                                                          louis@etochlaw.com

                                                          Mr. Kyle  Wilson (89118)
                                                          Wright, Lindsey, & Jennings, LLP
                                                          200 West Capitol Avenue, Suite 2300
                                                          Little Rock AR 72201-3699
                                                          Tel: 501-212-117
                                                          Fax: 501-376-9442
                                                          KWilson@wlj.com